**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00181-CR**
**NO. 09-14-00182-CR**
_____

**CRESHUNDA DIXSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 06-97459, 11-12341**

_____

**MEMORANDUM OPINION**

Appellant Creshunda Dixson[1] has filed motions to dismiss her appeals. *See* Tex. R. App. P. 42.2. Before Dixson asked that we dismiss her appeals, Dixson's court-appointed appellate counsel filed briefs, certifying that no arguable errors could be advanced to support Dixson's appeals. Therefore, we will treat Dixson's motions to dismiss as motions that were agreed to by counsel. *See* Tex. R. App. P. 2, 42.2.

_____

[1]Appellant is referred to as "Creshunda Jewishwellerta Dixson" in the record of trial cause number 11-12341.

1

We grant Dixson's motions to dismiss, and her appeals are therefore dismissed.

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 7, 2014
Opinion Delivered October 8, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2